# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

RICHARD B. HYERCZYK

No. **14 CR** **15**

Violation: Title 18, United States Code, Section 876(c)

JUDGE FEINERMAN

MAGISTRATE JUDGE COLE

The UNITED STATES ATTORNEY charges:

On or about April 21, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### RICHARD B. HYERCZYK,

defendant herein, knowingly caused to be delivered by the United States Postal Service a communication addressed to another person and containing a threat to injure the person of another, namely, a letter addressed to Individual A in Chicago, Illinois, which contained a threat to kill Chicago Police Department officers and members of such officers' families;

In violation of Title 18, United States Code, Section 876(c).

**FILED**

JAN 1 0 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_Zachary T. Fardon / MSS_
UNITED STATES ATTORNEY